IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-01239-RBJ-MEH

RICK L. ROACH,

    Plaintiff,

v.

SAFEWAY, INC., a Delaware corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

    **THIS MATTER** has come before the Court on the Stipulation for Dismissal with Prejudice (Docket #40) and the Court being fully advised, hereby approves the parties' Stipulation and

    **ORDERS** that the above-captioned action is dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

    **THE COURT** further Orders that the terms of the Agreement between the parties pursuant to which the Stipulation for Dismissal with Prejudice has been filed are to be kept strictly confidential by Plaintiff Rick Roach and that any disclosure of such terms except to his immediate family, tax advisor or as may be required by law, may constitute contempt of Court for which this Court may enter such sanctions as are appropriate.

    DATED this 17th day of May, 2013.

                                              BY THE COURT:

                                              _____
                                              R. Brooke Jackson
                                              United States District Judge